FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 9 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 - CV - 02210 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL-NEIL SCHLUTERBUSCH,

Plaintiff,

v.

[NO NAMED DEFENDANT],

Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the Court, a document titled "Constructive Notice of Status and Property Rights," and a document titled "Report of Commission of a Felony; Request for Intervention" indicating his intent to file a civil complaint. He has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)  X   is not submitted
(2)  __  is not on proper form (must use the court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  __  An original and a copy have not been received by the court. Only an original has been received.
(9)  X   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10) X   is not submitted
(11) __  is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the Plaintiff
(13) __  is incomplete
(14) __  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court. Only an original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __  names in caption do not match names in text
(18) __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms to be used in curing the designated deficiencies: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 7th day of September, 2010.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 – CV – 0 2 2 1 0

Michael-Neil Schluterbusch
10289 Julian Court
Westminster, Colorado 80031

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on 9/9/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk