IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02210-BNB

MICHAEL-NEIL SCHLUTERBUSCH,

Plaintiff,

v.

[NO NAMED DEFENDANT],

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER. COLORADO

OCT 2 0 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

Plaintiff, Michael-Neil Schluterbusch, attempted to initiate the instant action by

submitting *pro se* a letter to the clerk of the Court, a document titled "Constructive

Notice of Status and Property Rights," and a document titled "Report of commission of a

felony; Request for intervention." The Court reviewed the letter and documents and

determined they were deficient. Therefore, in an order filed on September 9, 2010,

Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil

action and directed Mr. Schluterbusch to cure certain deficiencies in the case within

thirty days if he wished to pursue his claims.

The September 9 order pointed out that Mr. Schluterbusch failed to submit either

the $350.00 filing fee or a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915. The order also pointed out that Mr. Schluterbusch failed to submit a

Complaint. The order warned Mr. Schluterbusch that if he failed to cure the designated

deficiencies within the time allowed, the action would be dismissed without prejudice and without further notice.

On September 30, 2010, Mr. Schluterbusch submitted a document titled "Re-submission of Report Under 18 U.S.C. § 4," in which he indicated he did not want the documents he originally submitted "converted into a civil action." *See* docket no. 4 at 1. Mr. Schluterbusch has failed, within the time allowed, to cure the deficiencies listed in the September 9 order. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael-Neil Schluterbusch, within the time allowed, to cure the deficiencies designated in the order to cure filed on September 9, 2010.

DATED at Denver, Colorado, this  20th  day of   October  , 2010.

BY THE COURT:


_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02210-BNB

Michael-Neil Schluterbusch
10289 Julian Court
Westminster, Colorado 80031


    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _____

GREGORY C. LANGHAM, CLERK


By:_____
                       Deputy Clerk